

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2013

No. 04-13-00050-CV

**IN RE CMH HOMES, INC.** and
Vanderbilt Mortgage and Finance, Inc.

Original Mandamus Proceeding[1]

## ORDER

On January 23, 2013, Relators CMH Homes, Inc. and Vanderbilt Mortgage and Finance, Inc. filed a petition for a writ of mandamus. The court has considered Relators' petition, the responses and replies of the parties, and the arguments during oral argument and has determined that Relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Ana Lisa Garza is ORDERED to vacate her October 2, 2012 order and enter an appropriate order disqualifying David Rumley and Baldemar Gutierrez and their law firms. The writ will issue only if we are notified that Judge Garza has not done so within fourteen days of the date of this order.

It is so **ORDERED** on June 5, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. DC-12-09, styled *Duval County, Texas v. Vanderbilt Mortgage and Finance, Inc., CMH Homes, Inc., Bruce Robin Moore, Jr., and Benjamin Joseph Frazier*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.